| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>Formed in the State of PA<br>Regina Cohen<br>190 North Independence Mall West 6th &<br>Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br>Tel: (215) 351-7551<br>Fax: (215) 627-2551<br>E-mail: RCohen@lavin-law.com<br>Attorney for Movant | |
| **IN RE:**<br><br>**LAUREN M MCNAUGHT**<br>**a/k/a LAUREN STRUBLE**<br><br>                                        **Debtor** | Case No.: 23-16204-RG<br><br>Chapter 13<br><br>Hearing Date: 04/03/2024 at 10:00 AM<br><br>Judge: Rosemary Gambardella |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled          ☐ Withdrawn

Matter: Financial Services Vehicle Trust's Motion for Relief from Stay

---

DATE: 4/2/2024

/s/ Regina Cohen
Signature