UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Cross Country Mortgage, LLC

In Re:

Lauren McNaught,

Debtor.

Case No.:     23-16204-RG

Chapter:         13

Hearing Date:     04/17/2024

Judge:         Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief (Docket # 37)

_____

Date: 04/11/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*