Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16204−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/4/24 at 10:00 AM

to consider and act upon the following:

**59** − Certification in Opposition to (related document:57 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 07/17/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Scott D. Sherman on behalf of Lauren M McNaught. (Sherman, Scott)

Dated: 7/15/24

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16204-RG |
| Lauren M McNaught | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2024 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2024 20:57:04 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 15 2024 20:42:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2024 20:58:31 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bk@szjlaw.com | Jul 15 2024 20:42:00 | Santander Consumer USA Inc., Santander Consumer USA Inc, 2860 Patton Rd., Rosevlle, MN 55113-1100 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 17, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 15, 2024 | Form ID: ntchrgbk | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com mmalone@lavin-law.com |
| Robert P. Saltzman | on behalf of Creditor CrossCountry Mortgage LLC dnj@pbslaw.org |
| Scott D. Sherman | on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7