Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16204−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/4/24 at 10:00 AM

to consider and act upon the following:

**58** – Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CrossCountry Mortgage, LLC. Objection deadline is 07/26/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**62** – Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CrossCountry Mortgage, LLC. Objection deadline is 07/26/2024. (Attachments: # 1 Exhibit A – Order Curing Post−Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CrossCountry Mortgage, LLC) filed by Scott D. Sherman on behalf of Lauren M McNaught. (Sherman, Scott)

Dated: 7/24/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court