Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16204−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lauren M McNaught
aka Lauren Struble
84 Circle Drive
Oak Ridge, NJ 07438

Social Security No.:
xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/24 at 10:00 AM

to consider and act upon the following:

**70** – Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/4/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Lauren M McNaught. (Sherman, Scott)

Dated: 10/30/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court