SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

Re:   LAUREN M MCNAUGHT                              Atty:   SCOTT D. SHERMAN ESQ
      84 CIRCLE DRIVE                                        MINION & SHERMAN
      OAK RIDGE,  NJ  07438                                  33 CLINTON ROAD, SUITE 105
                                                             WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 23-16204

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $37,791.30**

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2023 | $180.46 | | 09/12/2023 | $180.46 | |
| 09/25/2023 | $180.46 | | 09/26/2023 | $65.00 | |
| 10/10/2023 | $180.46 | | 10/23/2023 | $180.46 | |
| 11/03/2023 | $212.00 | | 11/17/2023 | $212.00 | |
| 12/01/2023 | $212.00 | | 12/15/2023 | $212.00 | |
| 01/02/2024 | $212.00 | | 01/12/2024 | $212.00 | |
| 01/26/2024 | $212.00 | | 02/09/2024 | $212.00 | |
| 02/26/2024 | $212.00 | | 03/08/2024 | $212.00 | |
| 03/22/2024 | $212.00 | | 04/05/2024 | $212.00 | |
| 04/19/2024 | $212.00 | | 05/03/2024 | $212.00 | |
| 05/22/2024 | $212.00 | | 06/10/2024 | $335.00 | |
| 06/25/2024 | $335.00 | | 07/09/2024 | $335.00 | |
| 07/22/2024 | $335.00 | | 08/08/2024 | $335.00 | |
| 08/22/2024 | $335.00 | | 11/05/2024 | $200.00 | |
| 12/03/2024 | $400.00 | 29268160211 | 12/03/2024 | $200.00 | |
| 12/06/2024 | $200.00 | | | | |

**Total Receipts: $7,157.30  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,157.30**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BMW FINANCIAL SERVICES | | | | | | |
| | 08/19/2024 | $10.85 | 931,910 | 09/16/2024 | $8.72 | 933,370 |
| CROSSCOUNTRY MORTGAGE | | | | | | |
| | 08/19/2024 | $159.96 | 931,812 | 08/19/2024 | $193.31 | 931,812 |
| | 09/16/2024 | $128.63 | 933,282 | 09/16/2024 | $155.45 | 933,282 |
| | 11/18/2024 | $77.73 | 936,145 | 11/18/2024 | $93.94 | 936,145 |
| | 12/16/2024 | $155.46 | 937,522 | 12/16/2024 | $187.87 | 937,522 |

**Chapter 13 Case # 23-16204**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | | | | | | | |
| | 08/19/2024 | $23.08 | 932,450 | | 08/19/2024 | $8.56 | 932,450 |
| | 09/16/2024 | $18.56 | 933,854 | | 09/16/2024 | $6.88 | 933,854 |
| | 11/18/2024 | $11.22 | 936,750 | | 11/18/2024 | $5.12 | 936,750 |
| | 12/16/2024 | $22.43 | 938,150 | | 12/16/2024 | $10.24 | 938,150 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 543.37 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,000.00 | 100.00% | 5,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 11,841.02 | * | 0.00 | |
| 0002 | ANESTHESIA ASSOC. OF MORRISTOWN | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | BMW FINANCIAL SERVICES | VEHICLE SECURE | 19.57 | 100.00% | 19.57 | |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 11,585.33 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 7,918.86 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 8,853.36 | * | 0.00 | |
| 0012 | CITIBANK NA | UNSECURED | 4,894.92 | * | 0.00 | |
| 0013 | CROSSCOUNTRY MORTGAGE | (NEW) Prepetition A | 8,390.95 | 100.00% | 936.86 | |
| 0015 | LIFELINE MEDICAL ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 4,208.76 | * | 0.00 | |
| 0017 | NISSAN MOTOR ACCEPTANCE CORP/INFI | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | TD RETAIL CARD SERVICES | UNSECURED | 1,177.87 | * | 0.00 | |
| 0020 | SANTANDER CONSUMER USA | VEHICLE SECURE | 1,210.74 | 100.00% | 135.18 | |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,079.50 | * | 0.00 | |
| 0022 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,158.55 | * | 0.00 | |
| 0024 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | UTILITY SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | VERNON DENTAL ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,729.38 | * | 0.00 | |
| 0030 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,145.98 | * | 0.00 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,340.15 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 698.39 | * | 0.00 | |
| 0033 | LVNV FUNDING LLC | UNSECURED | 2,120.80 | * | 0.00 | |
| 0034 | TELECOM SELF-REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 22.85 | * | 0.00 | |
| 0036 | SANTANDER CONSUMER USA | (NEW) Auto Agreed | 549.00 | 100.00% | 58.13 | |
| 0037 | CROSSCOUNTRY MORTGAGE | (NEW) MTG Agree | 10,140.08 | 100.00% | 1,132.18 | |
| 0038 | BMW FINANCIAL SERVICES | UNSECURED | 2,628.43 | * | 0.00 | |

**Total Paid:  $7,825.29**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $7,157.30      -      Paid to Claims: $2,281.92      -      Admin Costs Paid: $5,543.37      =      Funds on Hand: $0.01

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.