Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16204−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lauren M McNaught
aka Lauren Struble
84 Circle Drive
Oak Ridge, NJ 07438

Social Security No.:
xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date: 2/19/25
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman, Debtor's Attorney

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 17, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-16204-RG

Lauren M McNaught                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                     Page 1 of 4

Date Rcvd: Jan 17, 2025             Form ID: 137                Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976263 | + | Anesthesia Assoc. of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 519976264 | | Anthony J. Migliaccio, Esq., American Express, 500 N Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 519976267 | + | Atlantic Health System, Newton Medical Center, PO Box 36458, Newark, NJ 07188-6406 |
| 519976265 | + | Atlantic Health System, P.O. Box 10219, Newark, NJ 07193-0219 |
| 519981115 | | Cross Country Mortgage, LLC, Pluese,Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 519976275 | + | Jeffrey McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976276 | | Lifeline Medical Assoc., 100 Campus Dr., Suite 405, Florham Park, NJ 07932-1006 |
| 520300775 | + | Santander Consumer USA Inc., c/o Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy. N #200, Cherry Hill, NJ 08034-1925 |
| 519976287 | + | Vernon Dental Assoc., 248 Rt. 94, Vernon, NJ 07462-3321 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 17 2025 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 17 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:06:34 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:06:42 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bk@szjlaw.com | Jan 17 2025 21:02:00 | Santander Consumer USA Inc., Santander Consumer USA Inc, 2860 Patton Rd., Rosevlle, MN 55113-1100 |
| 520010437 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 21:06:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519976262 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2025 21:07:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519976266 | + | Email/Text: customer.service@atlantichealth.org | Jan 17 2025 21:04:00 | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5610 |
| 519976268 | + | Email/Text: customer.service@atlantichealth.org | Jan 17 2025 21:04:00 | Atlantic Health System, Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 519976269 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 17 2025 21:17:59 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519993283 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 17 2025 21:28:54 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519980747 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 21:07:07 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416186 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 22:07:32 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519976270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 21:06:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519998906 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2025 21:06:57 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 21:17:59 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519976273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 21:18:12 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 520027494 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 21:06:55 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520185320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2025 21:02:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9741, CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520185319 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2025 21:02:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520035559 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 17 2025 21:02:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519976274 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 17 2025 21:02:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520036733 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2025 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519976271 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2025 21:18:08 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519996012 | + | Email/Text: RASEBN@raslg.com | Jan 17 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520024615 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 21:17:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976277 | | Email/Text: EBN@Mohela.com | Jan 17 2025 21:02:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520136700 | | Email/Text: EBN@Mohela.com | Jan 17 2025 21:02:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520021969 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 17 2025 21:02:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519976278 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 17 2025 21:02:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520034304 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 21:18:11 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519976279 | ^ | MEBN | Jan 17 2025 20:53:05 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519976280 | + | Email/Text: DeftBkr@santander.us | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 17 2025 21:04:00 | Santander Bank, N.A., 619 Alexander Road, Princeton, NJ 08540-6000 |
| 519976281 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2025 21:05:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 519976282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:28:56 | Syncb/Husqvarna Consum, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:28:52 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 21:17:59 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519993779 | + | Email/Text: tdebn@credbankserv.com | Jan 17 2025 21:02:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519976285 | ^ | MEBN | Jan 17 2025 20:54:46 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519976286 | ^ | MEBN | Jan 17 2025 20:51:59 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520010440 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 17, 2025 | Form ID: 137 | Total Noticed: 50 |

Robert P. Saltzman
    on behalf of Creditor CrossCountry Mortgage  LLC dnj@pbslaw.org

Scott D. Sherman
    on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8