Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  23−16204−RG
           Chapter:  13
           Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 25, 2025.

Dated: February 25, 2025
JAN: rah

                                     Jeanne Naughton
                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-16204-RG
Lauren M McNaught                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 4
Date Rcvd: Feb 25, 2025            Form ID: plncf13            Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976263 | + | Anesthesia Assoc. of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 519976264 | | Anthony J. Migliaccio, Esq., American Express, 500 N Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 519976265 | + | Atlantic Health System, P.O. Box 10219, Newark, NJ 07193-0219 |
| 519976267 | + | Atlantic Health System, Newton Medical Center, PO Box 36458, Newark, NJ 07188-6406 |
| 519981115 | | Cross Country Mortgage, LLC, Pluese,Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 519976275 | + | Jeffrey McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976276 | | Lifeline Medical Assoc., 100 Campus Dr., Suite 405, Florham Park, NJ 07932-1006 |
| 520300775 | + | Santander Consumer USA Inc., c/o Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy. N #200, Cherry Hill, NJ 08034-1925 |
| 519976287 | + | Vernon Dental Assoc., 248 Rt. 94, Vernon, NJ 07462-3321 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 21:15:10 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 21:14:17 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bk@szjlaw.com | Feb 25 2025 21:02:00 | Santander Consumer USA Inc., Santander Consumer USA Inc, 2860 Patton Rd., Rosevlle, MN 55113-1100 |
| 520010437 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 21:14:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519976262 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2025 21:29:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519976266 | + | Email/Text: customer.service@atlantichealth.org | Feb 25 2025 21:03:00 | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5610 |
| 519976268 | + | Email/Text: customer.service@atlantichealth.org | Feb 25 2025 21:03:00 | Atlantic Health System, Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 519976269 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 25 2025 21:30:28 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |

Case 23-16204-RG    Doc 95    Filed 02/27/25    Entered 02/28/25 00:14:14    Desc Imaged
                         Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: plncf13 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 519993283 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Feb 25 2025 21:29:32 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519980747 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 21:14:59 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416186 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2025 21:29:37 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519976270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2025 21:29:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519998906 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 21:15:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976271 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2025 22:00:54 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519976272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 21:14:34 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519976273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 21:15:07 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 520027494 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2025 21:14:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520185320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2025 21:02:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9741, CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520185319 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2025 21:02:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520035559 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 25 2025 21:02:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519976274 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 25 2025 21:02:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520036733 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519996012 | + | Email/Text: RASEBN@raslg.com | Feb 25 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520024615 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 21:14:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976277 | | Email/Text: EBN@Mohela.com | Feb 25 2025 21:02:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520136700 | | Email/Text: EBN@Mohela.com | Feb 25 2025 21:02:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520021969 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 25 2025 21:02:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519976278 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 25 2025 21:02:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520034304 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 21:14:18 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519976279 | ^ | MEBN | Feb 25 2025 20:53:37 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519976280 | + | Email/Text: DeftBkr@santander.us | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 25 2025 21:03:00 | Santander Bank, N.A., 619 Alexander Road, Princeton, NJ 08540-6000 |
| 519976281 | | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Feb 25 2025 21:03:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 519976282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 25 2025 21:14:14 | Syncb/Husqvarna Consum, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 25 2025 21:15:12 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 25 2025 21:14:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519993779 | + | Email/Text: tdebn@credbankserv.com | | |
| | | | Feb 25 2025 21:02:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519976285 | ^ | MEBN | | |
| | | | Feb 25 2025 20:54:13 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519976286 | ^ | MEBN | | |
| | | | Feb 25 2025 20:52:58 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520010440 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 25, 2025 | Form ID: plncf13 | Total Noticed: 50 |

Robert P. Saltzman
    on behalf of Creditor CrossCountry Mortgage  LLC dnj@pbslaw.org

Scott D. Sherman
    on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8