UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N. #200
Cherry Hill, NJ 08034   (856) 330-6200
Attorney for :  Santander Consumer USA Inc.

Order Filed on April 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lauren M McNaught

Case No.: 23-16204
Hearing Date:
Judge: RG
Chapter: 13

| Recommended Local Form | ☒ Followed | ☐ Modified |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 10, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of  Santander Consumer USA Inc.                              , under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay and co-debtor stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:


It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒ Personal property more fully described as:
   2016 Ford Explorer bearing vehicle identifcation number 1FM5K8B80GGA81676

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 23-16204-RG
Lauren M McNaught    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Apr 10, 2025    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

**Name    Email Address**

Denise E. Carlon
on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Regina Cohen
on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com

Robert P. Saltzman
on behalf of Creditor CrossCountry Mortgage  LLC dnj@pbslaw.org

Scott D. Sherman
on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 10, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8