Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16204−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1540

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/25 at 10:00 AM

to consider and act upon the following:

*103* − Motion to Approve Loan Modification with Cross Country Mortgage Filed by Scott D. Sherman on behalf of Lauren M McNaught. Objection deadline is 05/16/2025. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Sherman, Scott)

*104* − Limited Objection to Motion to Approve Loan Modification (related document:103 Motion to Approve Loan Modification with Cross Country Mortgage Filed by Scott D. Sherman on behalf of Lauren M McNaught. Objection deadline is 05/16/2025. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Lauren M McNaught) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/12/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court