Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−16204−MEH
        Chapter:  13
        Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx−xx−1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/25 at 10:00 AM

to consider and act upon the following:

*101* − Trustee's Motion to Dismiss Case or Direct Employer to Pay Trustee or for Entry of an Order for Default Clause. Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. Hearing scheduled for 5/21/2025 at 10:00 AM, RG − Courtroom 3E, Newark.. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

Dated: 5/21/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court