Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16204−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lauren M McNaught
  aka Lauren Struble
  84 Circle Drive
  Oak Ridge, NJ 07438

Social Security No.:
  xxx−xx−1540

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on February 25, 2025.

On 6/13/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:            July 16, 2025
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 13, 2025
JAN: mlc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lauren M McNaught  
    Debtor

Case No. 23-16204-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976263 | + | Anesthesia Assoc. of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 519976264 | | Anthony J. Migliaccio, Esq., American Express, 500 N Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 519976267 | + | Atlantic Health System, Newton Medical Center, PO Box 36458, Newark, NJ 07188-6406 |
| 519976265 | + | Atlantic Health System, P.O. Box 10219, Newark, NJ 07193-0219 |
| 519981115 | | Cross Country Mortgage, LLC, Pluese,Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 519976275 | + | Jeffrey McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015 |
| 519976276 | | Lifeline Medical Assoc., 100 Campus Dr., Suite 405, Florham Park, NJ 07932-1006 |
| 520300775 | + | Santander Consumer USA Inc., c/o Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy. N #200, Cherry Hill, NJ 08034-1925 |
| 519976287 | + | Vernon Dental Assoc., 248 Rt. 94, Vernon, NJ 07462-3321 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:36:30 | AIS Portfolio Services, LLC, Attn: BMW Financial Services NA, LLC Dep, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:48:51 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bk@szjlaw.com | Jun 13 2025 21:31:00 | Santander Consumer USA Inc., Santander Consumer USA Inc, 2860 Patton Rd., Rosevlle, MN 55113-1100 |
| 520010437 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:51:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519976262 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:36:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519976266 | + | Email/Text: customer.service@atlantichealth.org | Jun 13 2025 21:33:00 | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5610 |
| 519976268 | + | Email/Text: customer.service@atlantichealth.org | Jun 13 2025 21:33:00 | Atlantic Health System, Morristown Medical Center, PO Box 35610, Newark, NJ 07193-5610 |
| 519976269 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 13 2025 22:01:49 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |

Case 23-16204-MEH    Doc 119    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 519993283 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 13 2025 22:02:06 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 519980747 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:36:34 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416186 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2025 21:50:53 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519976270 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 21:36:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519998906 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2025 21:51:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519976271 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 21:50:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519976272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:35:46 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519976273 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:50:18 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 520027494 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520185320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 21:32:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9741, CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520185319 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2025 21:32:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 520035559 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 13 2025 21:32:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519976274 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 13 2025 21:32:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520036733 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 13 2025 21:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519996012 | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 21:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520024615 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:35:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976277 | | Email/Text: EBN@Mohela.com | Jun 13 2025 21:32:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520136700 | | Email/Text: EBN@Mohela.com | Jun 13 2025 21:32:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520021969 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 13 2025 21:31:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519976278 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2025 21:31:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 520034304 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 21:48:33 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519976279 | ^ | MEBN | Jun 13 2025 21:24:42 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519976280 | + | Email/Text: DeftBkr@santander.us | | |

Case 23-16204-MEH   Doc 119   Filed 06/15/25   Entered 06/16/25 00:20:36   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 13 2025 21:33:00 | Santander Bank, N.A., 619 Alexander Road, Princeton, NJ 08540-6000 |
| 519976281 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2025 21:33:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 519976282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:48:33 | Syncb/Husqvarna Consum, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:51:05 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519976284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:36:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519993779 | + | Email/Text: tdebn@credbankserv.com | Jun 13 2025 21:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519976285 | ^ | MEBN | Jun 13 2025 21:24:53 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519976286 | ^ | MEBN | Jun 13 2025 21:22:23 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520010440 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com  mmalone@lavin-law.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 185 | Total Noticed: 50 |

Robert P. Saltzman
    on behalf of Creditor CrossCountry Mortgage LLC dnj@pbslaw.org

Scott D. Sherman
    on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8