**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>LAUREN M MCNAUGHT<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.  23-16204 TBA<br><br>Chapter 13 |

## DEBTOR'S CERTIFICATION OF NON-EMPLOYMENT

1. I, Lauren M. McNaught, am the Debtor in the above captioned Chapter 13 case. I am submitting this certification to the Chapter 13 Standing Trustee as required by the court's July 21, 2025, Order confirming my Modified Chapter 13 Plan. I have personal knowledge of the facts certified herein.

2. There has been no change in household income since the last Amended I & J filed with this court on June 12, 2025. My husband remains unemployed.

I hereby certify that the foregoing statements are true. I further certify that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: 10/3/2025

/s/ Lauren McNaught
----------------------------------
Lauren McNaught