| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>   LAUREN M MCNAUGHT |



Order Filed on December 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:**  23-16204 TBA

**Hearing Date:**  12/17/2025

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 18, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): LAUREN M MCNAUGHT

Case No.: 23-16204

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 12/17/2025 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $389.00 to the Trustee's office to bring current through December 2025 by 1/5/2026 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16204-TBA |
| Lauren M McNaught | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

**Recip ID        Recipient Name and Address**
db              + Lauren M McNaught, 84 Circle Drive, Oak Ridge, NJ 07438-9015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
                on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
                on behalf of Creditor CrossCountry Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
                magecf@magtrustee.com

Regina Cohen
                on behalf of Creditor Financial Services Vehicle Trust rcohen@lavin-law.com

Robert P. Saltzman
                on behalf of Creditor CrossCountry Mortgage  LLC dnj@pbslaw.org

Scott D. Sherman
                on behalf of Debtor Lauren M McNaught ssherman@minionsherman.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8