Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–16204–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lauren M McNaught
  aka Lauren Struble
  84 Circle Drive
  Oak Ridge, NJ 07438

Social Security No.:
  xxx–xx–1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/20/26 at 08:30 AM

to consider and act upon the following:

*124* – ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION AND SCHEDULING ASTATUS HEARING (related document:116 Modification of Chapter 13 Plan and Motions – After Confirmation filed by Debtor Lauren M McNaught, 118 Confirmation Hearing on Modified Plan). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/21/2025. (km)

Dated: 4/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court