Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–16204–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren M McNaught
   aka Lauren Struble
   84 Circle Drive
   Oak Ridge, NJ 07438

Social Security No.:
   xxx–xx–1540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/26 at 10:00 AM

to consider and act upon the following:

*145* – Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Scott D. Sherman on behalf of Lauren M McNaught. Hearing scheduled for 5/20/2026 at 10:00 AM, MEH – Courtroom 3E, Newark.. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Sherman, Scott)

Dated: 5/20/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court
